**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

IN RE:

Sophal Kol

CHAPTER 7
CASE NO. 15-12061-MSH

**CERTIFICATE OF SERVICE**

      I, Tatyana P Tabachnik, Esquire, state that on September 17, 2015, I electronically filed the foregoing Notice of Hearing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on behalf of Wells Fargo Bank, N.A., as servicer for Federal National Mortgage Association on the following CM/ECF participants:

Gary W. Cruickshank, Esquire, Chapter 7 Trustee
John Fitzgerald, Esquire, Assistant U.S. Trustee
Todd S. Dion, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                              /s/ Tatyana P. Tabachnik
                                              Tatyana P Tabachnik, Esquire
                                              BBO# 673236

Sophal Kol
57 Harris Street
Revere, MA 02151


Heang Heng
57 Harris Street
Revere, MA 02151


Ken Oeun
57 Harris Street
Revere, MA 02151

Vanna Heng
57 Harris Street
Revere, MA 02151


City of Revere Tax Collector
281 Broadway
Revere, MA 02151-5051


Sophorn Heng
57 Harris Street
Revere, MA 02151


Sarim Ouch
57 Harris Street
Revere, MA 02151


Charlie Kol
57 Harris Street
Revere, MA 02151


TPT//15-12061-WCH/Heng, Heang / Kol, Sophal