UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| SOPHAL KOL ) | |
| ) | Chapter 7 |
| ) | Case No.: 15-12061 (MSH) |
| Debtor. ) | |
| ) | |

TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

John O. Desmond, the Chapter 7 Trustee of the above-captioned estate, hereby objects to the Debtor's claim of exemptions in three automobiles under 11 U.S.C. § 522(d)(2). As grounds for this Objection, the Trustee states the following:

1.  On May 23, 2015, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"). On May 25, 2015, the Trustee was appointed Chapter 7 Trustee of the Debtor's estate. The Trustee commenced the meeting of creditors on June 30, 2015 and concluded the meeting on September 17, 2015.

2.  According to Schedule B, the Debtor owns 3 automobiles: a 2009 Honda CRV valued at $10,724.00, a 2010 Chevy Malibu valued at $6,933.00, and a 2007 Toyota Corolla valued at $5,510.00. The Debtor estimates the total value of the vehicles is $23,167.00. None of the vehicles is encumbered by a loan.

3.  On Schedule C, the Debtor claimed exemptions in all 3 automobiles[1] under 11 U.S.C. § 522(d)(2), for the full value of each vehicle.

4.  Section 522(d)(2) provides that the debtor may exempt his interest, not to exceed $3,675.00, in one motor vehicle. 11 U.S.C § 522(d)(2). In this case, the Debtor's exemption

---

[1] On Schedule C, the Debtor claimed an exemption in a 2007 Toyota Camry, not a Corolla.

under § 522(d)(2) is limited to $3,675.00 and he cannot use the exemption for more than one vehicle.

    Wherefore, the Chapter 7 Trustee prays that:

a) The Debtor's claim of exemptions in the three automobiles pursuant to 11 U.S.C. §522(d)(2) be denied; and

b) the Court grant such other and further relief as is just.

Dated:  September 18, 2015

JOHN O. DESMOND,
CHAPTER 7 TRUSTEE,
By his attorney,

 /s/ Leslie F. Su
Leslie F. Su (BBO No. 641833)
Minerva Law, P.C.
300 Brickstone Square, Suite 201
Andover, Massachusetts  01810
(978) 494-4695
email: leslie.su@minervalawpc.com

<u>Certificate of Service</u>

I, Leslie F. Su, hereby certify that on September 18, 2015, the foregoing Trustee's Objection to Debtor's Claim of Exemptions was served by operation of the Court's ECF system on the following individuals designated for electronic service:

- John O. Desmond, Chapter 7 Trustee
- Todd S. Dion on behalf of the Debtor Sophal Kol
- John Fitzgerald, Office of the United States Trustee
- Tatyana Tabachnik on behalf of Creditor Wells Fargo Bank, N.A., as servicer for Federal National Mortgage Association

and by first-class mail on the following:

Sophol Kol
57 Harris Street
Revere, MA  02151

      /s/ Leslie F. Su
Leslie F. Su (BBO No. 641833)