United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 15-12061-msh
Sophal Kol                                                                Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: cmartin             Page 1 of 1              Date Rcvd: Sep 16, 2015
                              Form ID: pdf012           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2015.
db             #+Sophal Kol,    57 Harris Street,    Revere, MA 02151-5903
19522483        +Wells Fargo Bank, N.A.,    PO Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2015 at the address(es) listed below:
      John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
      John O. Desmond    trustee@jdesmond.com,    jdesmond@ecf.epiqsystems.com
      Tatyana Tabachnik    on behalf of Creditor   Wells Fargo Bank, N.A., as servicer for Federal
       National Mortgage Association mabk@harmonlaw.com
      Todd S. Dion    on behalf of Debtor Sophal  Kol toddsdion@msn.com
                                                         TOTAL: 4



*09/15/2015 Allowed. The motion for relief from stay will be set for hearing.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re | Case No. 15-12061-MSH |
|---|---|
| Sophal Kol | Chapter 7 |
| Debtor | |

### REQUEST FOR HEARING

Wells Fargo Bank, NA hereby requests that it's Motion for Relief from Stay, which was filed on July 9, 2015 and continued generally to allow time for a Court of Appeals decision, be scheduled for hearing on the next available date.

As grounds therefore, Wells Fargo Bank, NA states that the debtor's appeal was denied on August 25, 2015.

Respectfully submitted,

Wells Fargo Bank, NA as servicer for Federal National Mortgage Association,
By its Attorney

/s/ Tatyana P. Tabachnik
_____

Tatyana P Tabachnik, Esquire
BBO# 673236
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0345
(617) 558-0500
617-243-4049 (fax)
mabk@harmonlaw.com

Dated: September 14, 2015