UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| In re | ) | |
| | ) | |
| SOPHAL KOL | ) | |
| | ) | Chapter 7 |
| | ) | Case No.: 15-12061 (MSH) |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

I, Leslie F. Su, hereby certify that on September 21, 2015, the following document was served:

1.  Notice of Nonevidentiary Hearing on [50] Objection to Debtor's Claims of Exemption filed by Trustee John O. Desmond

by operation of the Court's ECF filing system on the following CM/ECF participants:

- John O. Desmond, Chapter 7 Trustee
- Todd S. Dion on behalf of the Debtor Sophal Kol
- John Fitzgerald, Office of the United States Trustee
- Tatyana Tabachnik on behalf of Creditor Wells Fargo Bank, N.A., as servicer for Federal National Mortgage Association

and I further certify on September 21, 2015, I caused the same to be served by first-class mail, postage prepaid, on:

Sophal Kol
57 Harris Street
Revere, MA  02151

/s/ Leslie F. Su
Leslie F. Su (BBO No. 641833)
Minerva Law, P.C.
300 Brickstone Square, Suite 201
Andover, Massachusetts  01810
(978) 494-4695
email: leslie.su@minervalawpc.com