# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Sophal Kol                                **Case Number:** 15-12061    (MSH)        **Ch:** 7

#27 Motion of Wells Fargo Bank, N.A. for Relief from Stay Re: 57 Harris Street, Revere, MA (J. Giguere)
#28 Opposition of Debtor (C. Aubee)

**COURT ACTION:**

| | Show Cause Order | _____ Released | _____ Enforced |
| _____ | Granted | _____ Approved | _____ Moot |
| _____ | Denied | _____ Denied without prejudice | |
| _____ | Withdrawn in Open Court | | |
| _____ | Sustained | _____ Overruled | |
| _____ | Continued to_____ | | |
| _____ | Proposed Order Submitted by_____ | | |
| _____ | Stipulation to be Submitted by_____ | | |
| _____ | Taken Under Advisement | | |

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Motion is granted. See separate order of even date.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_

_____  Dated: 10/20/2015

Melvin S. Hoffman
United States Bankruptcy Judge