# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

|  |  |
|---|---|
| In re: | Chapter 7 |
| SOPHAL KOL | Case No. 15-12061-MSH |
| Debtor | |

## ORDER ON MOTION FOR RELIEF FROM STAY

At Worcester in said District this 20th day of October, 2015.

The Motion for Relief from the Automatic Stay of Wells Fargo Bank, N.A., as servicer for Federal National Mortgage Association [# 27] having come before me for hearing, due notice having been given, no objection thereto having been filed or if filed said objection having been withdrawn or overruled, and good cause appearing to me therefor, it is hereby

ORDERED that Wells Fargo Bank, N.A., as servicer for Federal National Mortgage Association, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtor, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 57 Harris Street, Revere, MA, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge