# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re     Sophal Kol                               Chapter: 7
                                                   Case No: 15–12061
            Debtor                           Judge Melvin S. Hoffman

## ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **Motion to Amend #61** on **OCTOBER 21, 2015** with the Court was deficient and/or defective as noted below:

☐     Certificate of Service

☐     Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐     Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐     Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐     Reaffirmation Agreement Cover Sheet.

☐     Real Estate Worksheet.

☐     Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐     Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐     Motion to Amend Plan.

☐     Motion to Approve Stipulation.

☐     Certificate of Conference.

☐     Notice of Amendment to Schedules.

☐     Motion to Amend Schedules.

☐     Amended Summary of Schedules.

☐     Adversary Proceeding Cover Sheet.

☐     Proposed Notice to the Objection to Claim MLBR 3007–1(b)(Chapters 7 and 11).

☐     Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR Appendix 1, Rule 13–13(c).

- ☐ ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

- ☐ Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1.

- ☐ Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

- ☑ Other **Declaration Concerning Debtor's Schedules**

You are hereby **ORDERED** to file the above required documents(s) on or before **OCTOBER 30, 2015**.

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date: 10/23/15

By the Court,

Megan Hussey
Deputy Clerk
617–748–5334

63 – 61